YOUNG CHO: 189870
LAW OFFICE OF LAWRENCE D. ROHLFING
12631 E. IMPERIAL HIGHWAY, SUITE C-115
SANTA FE SPRINGS, CALIFORNIA  90670-4756
TEL:  562-868-5886
FAX:  562-868-5491
E-MAIL: rohlfing_office@msn.com

Attorney for Plaintiff
RODNISHA J. MOORE by and through
her guardian ad litem LATASHA WILLIAMS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNISHA J. MOORE, by and through her guardian ad litem, LATASHA WILLIAMS, <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant | Case No.:  1:08-cv-00264-AWI-SMS <br><br> PETITION FOR GUARDIAN AD LITEM; AND ORDER <br><br> (42 U.S.C. § 405 (g)) |

PETITIONER Rodnisha J. Moore by and through her mother Latasha
Williams respectfully presents:

1. Petitioner is a minor.
2. Petitioner is the daughter of Latasha Williams. Latasha Williams has
   custody of petitioner.

PDF created with pdfFactory trial version www.pdffactory.com

1       3.  The minor has a cause of action against the above-named defendant on

2  which a suit should be brought in this court.  The cause of action arises under the

3  provisions of the Social Security Act, Title XVI.

4       4.  The petitioner has no guardian of her estate.

5       5. Latasha Williams is willing to serve as guardian ad litem of the petitioner

6  and is fully competent to understand and protect the rights of the minor and to have

7  no interest adverse to that of the minor.

8       6.  Petitioner has contracted with Lawrence D. Rohlfing, Attorney at Law,

9  with an office located at 12631 E. Imperial Highway, Suite C-115, Santa Fe

10  Springs, California to prosecute the cause of action for the minor.

11       WHEREFORE, petitioner prays that Latasha Williams or some other proper

12  person can be appointed as guardian ad litem for Rodnisha J. Moore to prosecute

13  the above-described cause of action on behalf of Rodnisha J. Moore.

14  DATE: February 22, 2008      _/s/ Latasha Williams_____

15                                  Latasha Williams

16

17                                  Respectfully submitted,

18                                  LAW OFFICE OF LAWRENCE D. ROHLFING

19

20

21                     BY:  ___/s/ Young Cho _____

22                           Young Cho

                         Attorney for plaintiff Rodnisha J. Moore

23

24

25

26

27

28

PDF created with pdfFactory trial version www.pdffactory.com

1

**VERIFICATION**

2      I, Latasha Williams, am the mother of the petitioner in the above-entitled

3   proceeding.  I have read the foregoing petition and know the contents thereof.  Said

4   petition is true of my own knowledge, except as to those matters which are

5   presented on an information and belief, and as to those matters, I believe them to

6   be true.

7      I declare under penalty of perjury under the laws of the State of California

8   that the foregoing is true and correct.

9
   DATE: February 22, 2008          ___*/s/ Latasha Williams*_____
10                                  Latasha Williams

11
                                **CONSENT OF APPOINTMENT**
12
         I hereby consent to act as guardian ad litem for the minor RODNISHA J.
13   MOORE

14
                                  ___*/s/ Latasha Williams*_____
15                                Latasha Williams

16

17                **ORDER APPOINTING GUARDIAN AD LITEM**

18
         The court having considered the petition of Rodnisha J. Moore for the
19
   appointment of Latasha Williams as guardian ad litem for Rodnisha J. Moore who
20
   is a minor and good cause appearing therefore.
21

22      IT IS HEREEBY ORDERED that Latasha Williams be, and she is, hereby

23   appointed as guardian ad litem for Rodnisha J. Moore, a plaintiff in the above-

24   entitled action, and she is authorized to institute and prosecute the action

25   mentioned in the petition.

26   DATE:      3/6/2008          /s/ Sandra M. Snyder
27                                SANDRA M. SNYDER
                                  United States Magistrate Judge
28

-3-

PDF created with pdfFactory trial version www.pdffactory.com